1  **GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
2  SETH A. SAFIER (State Bar No. 197427)
KRISTEN G. SIMPLICIO (State Bar No. 263291)
3  100 Pine Street, Suite 1250
4  San Francisco, CA 94111
Telephone: (415) 271-6469
5  Facsimile: (415) 449-6469

6  Attorneys for Plaintiffs

7

8                    NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10 | ROHIT KALAKANTI, PRASHANT          | Case No. 18-cv-581-EDL
11 | DHANANI, AND MANIKANTA ARAVIND     |
   | CHEEPI, individuals, on behalf of themselves, | UNLIMITED CIVIL CASE
12 | the general public and those similarly situated, |
   |                                    | **NOTICE OF VOLUNTARY
13 |   Plaintiffs,                      | DISMISSAL WITH PREJUDICE AND
   |                                    | [PROPOSED] ORDER**
14 |     v.                             | AS MODIFIED
15 |                                    |
   | NORTHWESTERN POLYTECHNIC           |
16 | UNIVERSITY                         |
17 |   Defendant.                       |

18

19

20     Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Rohit

21 Kalakanti, Prashant Dhanani, and Manikanta Aravind Cheepi, and Defendant Northwestern

22 Polytechnic University, by and through their respective counsel, hereby stipulate and agree to the

23 voluntary dismissal of this matter with prejudice. All parties further agree that no costs shall be

24 awarded by this Court. The Court shall retain jurisdiction over this action for the purpose of

25 enforcement of the terms of the settlement of the action.

26

27

28

Dated: February 14, 2019

**GUTRIDE SAFIER LLP**

By: /s/ Kristen Simplicio
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Kristen Simplicio, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111

Attorneys for Plaintiffs

By: /s/ Kevin Liu
Fletcher C. Alford
Marshall A. Johnson
Kevin Liu

Attorneys for Defendants
NORTHWESTERN POLYTECHNIC
UNIVERSITY, PETER HSIEH, AND PAUL CHOI

## FILER ATTESTATION

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Marie A. McCrary, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed February 14, 2019.

By: /s/ Marie A. McCrary
Marie A. McCrary

|   |   |
|---|---|
| 1 | MODIFIED **ORDER** |
| 2 | Based upon the parties' stipulation, and for good cause appearing, |
| 3 | **IT IS ORDERED** that the above-captioned action is hereby dismissed and that the above-entitled United States District Court shall retain jurisdiction over this matter for the purpose of enforcing the terms of the settlement of the action. The parties shall file a copy of the settlement agreement by February 28, 2019. The parties may file the settlement agreement under seal. |

**IT IS SO ORDERED**.

Dated: February 15, 2019

_____
THE HONORABLE ELIZABETH D. LAPORTE